# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br>vs.<br>Danny Lyn Woods,<br>                                      Defendant. | 17 NOV -3 PM 1:52<br>Case No. 17CR3407-CAB<br><br>BY: /s/<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☒   the Court has granted the motion of the Government for dismissal, without prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Indictment/Information:

     8:1324(a)(2)(B)(iii);18:2 - Bringing in Aliens Without Presentation; Aiding and Abetting
     8:1324(a)(2)(B)(ii);18:2 - Bringing in Aliens for Financial Gain; Aiding and Abetting

Dated: 11/2/2017

                                      Hon. William V. Gallo
                                      United States Magistrate Judge